UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVA TOLDI, | ) |
|         Plaintiff, | ) Case No. 2:16-cv-01877-APG-GWF |
| vs. | ) **ORDER** |
| HYUNDAI CAPITAL AMERICA, | ) |
|         Defendant. | ) |

This matter is before the Court on Defendant's Motion to Stay Discovery (ECF No. 22), filed on October 17, 2016. Plaintiff filed her Response (ECF No. 26) on October 31, 2016 and Defendant filed its Reply (ECF No. 31) on November 10, 2016. The Court conducted a hearing in this matter on November 18, 2016.

Defendant requests a stay of discovery pending a resolution of Defendant's Motion to Dismiss (ECF No. 11) or Motion to Stay the Action (ECF No. 12). The Court finds good cause to grant a stay of discovery for a period of 60 days. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery (ECF No. 22) is **granted in part**. All deadlines in this matter, except as outlined below, are hereby **STAYED** until **January 17, 2017.**

**IT IS FURTHER ORDERED** that Plaintiff may submit subpoenas for records directed to cell phone carriers during the 60 day stay of discovery.

DATED this 21st day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge