MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email:  rml@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email:  rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone:  (702) 474-9400
Facsimile:  (704) 474-9422

MOSS & BARNETT, P.A.
John P. Boyle (*admitted pro hac vice*)
Email: john.boyle@lawmoss.com
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999

Attorneys for Defendant,
HYUNDAI CAPITAL AMERICA
d/b/a HYUNDAI MOTOR FINANCE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVA TOLDI, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI CAPITAL AMERICA d/b/a HYUNDAI MOTOR FINANCE, <br><br> Defendant. | Case No.: 2:16-cv-01877-APG-GWF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> **(First Request)** |

3528622v1

The parties hereby stipulate to entry of an order extending the time for defendant Hyundai Capital America, doing business as Hyundai Motor Finance ("HCA"), to respond to the complaint by one week, to March 16, 2017.

This is the first stipulation for an extension of time to respond to the complaint. On September 1, 2016, HCA filed motions to dismiss the complaint or, alternatively, to stay the action pending the D.C. Circuit Court's ruling in *ACA International v. Federal Communications Commission*, No. 15-1211 (D.C. Cir., appeal filed July 10, 2015). ECF Nos. 11, 12. On February 23, 2017, the Court issued its Order denying the motions. ECF No. 54. Accordingly, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, HCA's response to the complaint is due by March 9, 2017. HCA requires a brief extension of time to complete its investigation of plaintiff's claims and to respond to the complaint accordingly.

#

#

#

#

#

#

#

(signatures on following page)

2

3528622v1

| | |
|---|---|
| MORGAN & MORGAN | MORRIS LAW GROUP |
| By: /s/ Jonathan B. Cohen<br>Jonathan B. Cohen (*pro hac vice*)<br>Rachel Soffin (*pro hac vice*)<br>201 North Franklin Street, 7th Floor<br>Tampa, FL  33602 | Ryan M. Lower (Bar No. 9108)<br>Raleigh C. Thompson (Bar No. 11296)<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada  89101 |
| George Haines (Bar No. 9411)<br>David Krieger (Bar No. 9086)<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV  89123 | By: /s/ John P. Boyle<br>MOSS & BARNETT, P.A.<br>John P. Boyle (*pro hac vice*)<br>150 South Fifth Street, Suite 1200<br>Minneapolis, Minnesota 55402 |
| *Attorneys for Plaintiff Eva Toldi* | *Attorneys for Defendant*<br>*Hyundai Capital America*<br>*d/b/a Hyundai Motor Finance* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _3/09/2017        _____

3

3528622v1