# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVA TOLDI,

        Plaintiff,

vs.

HYUNDAI CAPITAL AMERICA,

        Defendant.

Case No. 2:16-cv-01877-APG-GWF

**ORDER**

This matter is before the Court on the parties' Joint Motion to Amend Proposed Discovery Plan and Scheduling Order (ECF No. 50), filed on March 8, 2017. Upon review and consideration,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Amend Proposed Discovery Plan and Scheduling Order (ECF No. 50) is **granted**, in part, and **denied**, in part. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **January 5, 2018**
2. Last date to amend pleadings and add parties: **April 14, 2017**
3. Last date to file interim status report: **April 14, 2017**
4. Last date to disclose Plaintiff's class certification experts: **June 30, 2017**
5. Last date to disclose Defendant's class certification and rebuttal experts: **July 28, 2017**
6. Last date to file motion for class certification: **September 8, 2017**
7. Last date to disclose Plaintiff's trial experts: **November 10, 2017**
8. Last date to disclose Defendant's trial experts: **December 8, 2017**
9. Last date to file dispositive motions: **February 2, 2018**

. . .

10. Last date to file joint pretrial order: **March 5, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** that the parties' proposed deadlines for all other motions, including motions in limine and trial briefs, the final pre-trial conference, and the trial term should be set forth in the joint pretrial order.

DATED this 13th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge